## Defendant Status Sheet
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: JIAN ZHAO <br><br> Is there already a charging document filed for this defendant for this case in this district? <br><br> ☐ Yes    ☒ No        If yes:  Select Charging Doc Type <br><br> If yes, please enter the cause number below: <br><br>     CR Enter CR Cause Number here.    or    MJ Enter MJ Cause Number here. <br><br> Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above. <br> ☐ At the FDC under a different cause number: Enter different cause number here. <br> ☐ In custody under this cause number in another District: Enter other District here. <br> ☐ In custody (different cause number) in another District: Enter other info here. <br> ☐ In local custody: Enter local jurisdiction here. <br> ☐ In the community on supervision under cause number: Enter cause number here. <br> ☒ At large. <br> ☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release <br> ☐ Continue Detention <br> ☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*). <br> ☐ Summons to be issued for: Click or tap to enter a date. <br>     ☐ Defendant Address: Click or tap here to enter text. <br> ☐ Letter to defense counsel for appearance on: Click or tap to enter a date. <br>     ☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 7-10 |