| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. **CR25-5040** BHS |
| Plaintiff, | |
| v. | ORDER ISSUING BENCH WARRANT |
| JIAN ZHAO, | |
| Defendant. | |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

An Indictment having been returned against the above-named defendant, now therefore

//
//
//

ORDER ISSUING BENCH WARRANT - 1
*United States v. Jian Zhao*

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release or detention shall be addressed at the initial appearance in this case.

DATED this 5th day of March, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES**

ORDER ISSUING BENCH WARRANT - 2
*United States v. Jian Zhao*