AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

|  |  |
|---|---|
| United States of America<br>v.<br><br>**JIAN ZHAO**<br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>) |

<table>
<tr><td>FILED _____ LODGED</td></tr>
<tr><td>_____ RECEIVED</td></tr>
<tr><td>Mar 06, 2025</td></tr>
<tr><td>CLERK U.S. DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON AT TACOMA<br>BY _____ DEPUTY</td></tr>
</table>

Case No.  CR25-5040 BHS

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   JIAN ZHAO

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1 (Conspiracy to Gather, Transmit or Lose National Defense Information) 18 U.S.C. § 793(g)
Count 2 (Bribery of Public Official) 18 U.S.C. § 201(b)(2)(C)
Count 3 (Theft of Government Property) 18 U.S.C. § 641

Date:    03/05/2025

_Issuing officer's signature_

City and state:    Tacoma, Washington

T. Hickman
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 3/5/25 , and the person was arrested on _(date)_ 3/6/25 <br> at _(city and state)_ Lacey, WA . <br><br> Date: 3/6/25 <br><br> _Arresting officer's signature_ <br><br> Elizabeth Fisher   Special Agent <br> _Printed name and title_ |