AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| United States of America | ) |
| v. | ) |
|  | ) Case No.  **CR 25-5040 BHS** |
|  | ) |
| JIAN ZHAO | ) |
| *Defendant* | ) |

```
_____ FILED     _____ LODGED
          _____ RECEIVED

         MAR - 7 2025

      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JIAN ZHAO ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1 (Conspiracy to Gather, Transmit or Lose National Defense Information) 18 U.S.C. § 793(g)
Count 2 (Bribery of Public Official) 18 U.S.C. § 201(b)(2)(C)
Count 3 (Theft of Government Property) 18 U.S.C. § 641

Date:  03/05/2025

*Issuing officer's signature*

T. Hickman
*Printed name and title*

City and state:  Tacoma, Washington

---

### Return

This warrant was received on *(date)* 3/5/25 , and the person was arrested on *(date)* 3/6/25
at *(city and state)* Lacey, WA .

Date: 3/6/25

*Arresting officer's signature*

Elizabeth Fisher, Special Agent
*Printed name and title*