UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JIAN ZHAO,<br><br>Defendant. | NO. CR 25-5040-BHS<br><br>**NOTICE OF APPEARANCE** |

The undersigned Assistant United States Attorney, Katherine A. Rykken, hereby appears as counsel for the government in the above-captioned action and requests that all pleadings and other documents be forwarded to Katherine A. Rykken at Katherine.Rykken@usdoj.gov.

DATED this 11th day of March, 2025

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*/s/ Katherine A. Rykken*
KATHERINE A. RYKKEN, CSB #267196
Special Assistant United States Attorney

Notice of Appearance - 1
*United States v. Zhao* / CR 25-5040-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970